# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 13, 2015

### NO. 03-14-00628-CV

**Lester Taylor, Appellant**

**v.**

**Texas Workforce Commission, Appellee**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on August 27, 2014. Having reviewed the record, the Court holds that Taylor has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Taylor shall pay all costs relating to this appeal, both in this Court and the court below.